# EXHIBIT M

# Florida A&M University National Alumni Association



*Executive Board and Chapter President Directory*

<u>Office of Alumni Affairs</u>
100 Lee Hall Florida A&M University
Tallahassee, FL 32307-3100
850.599.3861 (office)    850.561.2691 (fax)    Toll Free #888.664.6544
Home Page: www.famu.edu
Executive Director –Altha F. Manning

<u>National Alumni Association</u>
FAMU NAA
P. O. Box 7351
Tallahassee, FL 32314
www.famunaa.org

Revised as of 5/30/07

# Executive Board Members Chapter Presidents Florida A&M University National Alumni Association

*EXECUTIVE BOARD*

| President | First Vice President | Second Vice President |
|---|---|---|
| Dr. Alvin Bryant<br>2000 Kecoughtan Road<br>Hampton, VA 23661<br>757.851.3896 (h)<br>757.380.8603 (w)<br>757.846.3104 (c)<br>757.380.5546 (fax)<br>albryamd@aol.com | Mr. Thomas L. Mitchell, Sr.<br>2980 Raymond Diehl Road<br>Tallahassee, FL 32308<br>850.893.0599 (h)<br>850.561.2408 (w)<br>850.212.1189 (c)<br>850.599.8098 (fax)<br>thomas.mitchellsr@famu.edu | Mrs. Doris Hicks<br>2191 Longleaf Circle<br>Lakeland, FL 33810<br>863.815.9208 (h)<br>863.648.3510 (w)<br>dorissugarbabe@aol.com |
| Third Vice President | Secretary | Corresponding Secretary |
| Mr. James Fayson<br>8425 SW 124th St.<br>Miami, FL 33156<br>305.233.6865 (h)<br>305.233.0655 (fax)<br>mzbf@aol.com | Mr. Andrew Lawyer<br>8834 Sapphire Drive<br>Tallahassee, FL 32309<br>850.878.7244 (h)<br>850.591.0805 (w)<br>850.877.8427 (fax)<br>alawyer@alrsi.com | Mrs. Cassie Farmer<br>116 Chittick Road<br>Hyde Park, MA 02136<br>617.270.5294 (h)<br>617.361.7957 (c)<br>chfarmer81@rcn.com |
| Financial Secretary | Treasurer | Parliamentarian |
| Mr. Clinton D. McGill<br>3030 Sunlight Drive<br>Austell, GA 30106<br>678.574.2872 (h)<br>678.571.3199 (c)<br>cdmcgill70@hotmail.com | Mr. Lenard Franklin<br>5660 Old Hickory Lane<br>Tallahassee, FL 32303<br>850.562.2416 (h)<br>850.509.2035 (c)<br>850.891.8417 (w)<br>850.562.6053 (fax)<br>lfrank95@aol.com | Mrs. Penelope Jones<br>4113 Rocky Mount Drive<br>Temple Hill, MD 20748<br>301.894.3042 (h)<br>penjam@aol.com |
| Chaplain | Legal Counsel | Governmental Affairs |
| Dr. James Moran<br>551 Stone House Road | Mr. Henry G. Hunter, Esq.<br>219 East Virginia Street | Charles Wright<br>11111 Biscayne Blvd. |

| | | |
|---|---|---|
| Tallahassee, FL 32301<br>850.599.3827<br>James.moran@famu.edu | Tallahassee, FL 32301<br>850.222.1343 (w)<br>850.681.6159 (fax)<br>hhunterski@aol.com | #328<br>Jockey Club II<br>Miami, FL 33181<br>chwshare@bellsouth.net |
| **Fundraising**<br>Mrs. Altamease Cole<br>2512 Arthurs Court Lane<br>Tallahassee, FL 32301<br>850.877.4158 (h)<br>altameasec@aol.com | **Membership**<br>Dr. Lisa Lang<br>617 Eagle View Circle<br>Tallahassee, FL 32311<br>850.878.6666 (h)<br>850.561.2421 (w)<br>850.545.9811 (c)<br>lisa.lang@famu.edu | **Program Committee (Natl. Meetings)**<br>Mrs. Dorothy Williams<br>748 E. 9th Avenue<br>Tallahassee, FL 32303<br>850.224.4751<br>drthypw@aol.com |
| **Investment**<br>Michael John<br>Denise Gomes<br>Syntegral Consulting Corp.<br>GrassRoots Investment Group LLC<br>123 SE 3rd Ave #169<br>Miami, Fl 33131 | **Benevolent** | **Social** |
| **Strategic Planning**<br>Mr. Clinton McGill<br>3030 Sunlight Drive<br>Austell, GA 30106<br>678.574.2872 (h)<br>678.571.3199 (c)<br>cdmcgill70@hotmail.com | **Business Manager (University Relations)**<br>Mrs. Dedra O'Neal<br>P. O. Box 37155<br>Tallahassee, FL 32315<br>850.422.3550<br>Dedra.oneal@gmail.com | **Publicity/Technology/Media (Website)**<br>Mr. Tola Thompson<br>1234 Maryland Ave., NE<br>Washington, D.C. 20002<br>202.262.8652<br>Tola.thompson@yahoo.com<br>Onetola1@aol.com |
| **Million Dollar Campaign**<br>Mrs. Charlie E. Brown<br>156-20 Riverside Dr. W.<br>Apt #16E<br>NY, NY 10032<br>212.923.3664 | | **National Achievement Scholars**<br>Mr. John Barnes<br>8355 Golden Prairie Drive<br>Tampa, FL 33647<br>Barnesjc8@hotmail.com |
| **University President (Interim)**<br>Dr. Castell Bryant<br>401 Lee Hall<br>Tallahassee, FL 32307<br>850.599.3225 (w)<br>850.561.2125 (fax)<br>castell.bryant@famu.edu | **University SGA President**<br>Mr. Phillip Agnew<br>206 Student Union Bldg.<br>FAMU<br>Tallahassee, FL 32307<br>850.599.3624<br>850.561.2453 (fas)<br>Phillip1.agnew@famu.edu | **BOT Designee**<br>Mrs. Demetral Wester<br>1021 Scriven Street<br>Jacksonville, FL 32209<br>904.356.2125 |

# EXHIBIT N

 **HENRY C. HUNTER & ASSOCIATES, P.A.** 
*Counselors and Attorneys at Law*

The Cambridge Centre
219 East Virginia Street
Tallahassee, Florida 32301

Henry C. Hunter, Esquire
Martin L. Black, Esquire

Telephone (850) 222-1345
Facsimile (850) 681-6159

July 21, 2009

Dr. Alvin Bryant, M.D.
President of FAMUNAA
AlbryaMD@aol.com

RE: *SUMMARY OF OPINION ON 2009 ELECTION CERTIFICATION*

Dear Dr. Bryant:

In accordance with your request for me to thoroughly investigate the criteria for each position in the FAMUNAA, the qualifications of each candidate certified and not certified, the comparison of each candidate's compliance or lack of compliance, I am rendering the following opinion:

1. The by-laws are vague as to what constitutes attendance and when financial status timely vests. Based on the e-mails and information reviewed, some members believe attendance means registration and participation, while others take the literal meaning of just present.

2. My investigation reveals several certified and not certified candidates have conflicting and post-proof of attendance and post-proof of timely payments to vest financially.

3. The spirit and policy of the FAMUNAA is to be inclusive and not exclusive; therefore, proof of compliance shall be evenly applied to all of the candidates. Mr. Clinton D. McGill did a very detailed analysis of the facts presented at the time in his 2009 Election Certification; however, additional rebuttal evidence has been presented to Substantiate Compliance by the Candidates denied certification.

4. In comparing all candidates certified and not certified, and methods of qualifying, it is my opinion that the candidates denied certification are certified. Also, the candidates previously certified remain certified.

5. Further, it is recommended that the by-laws are amended to state with specificity what constitutes attendance. As to the financial status for 

"Fifty Years of Combined Experience"

nominations, the burden of proof should be on the candidate with documentation attached upon application for certification.

Based on this opinion, the FAMUNAA election process should move forward in accordance with the election process in place to date.

Sincerely,

Henry C. Hunter, Esq.

# EXHIBIT O

COPY - not verified against original

FILED

STATE OF FLORIDA
COUNTY OF LEON

### AFFIDAVIT

10 JAN -7 PM 2:36

CLERK OF ...
LEON CO... FLORIDA

Comes now, **Reginald J. Mitchell, Esq.** who, after being first duly sworn by me, deposes, and says as follows:

1. I am the attorney of record in the matter of **RITA BRASWELL**, Florida A&M University National Alumni Association (FAMUNAA) Southern Region Vice-President, and **RAYMOND MATHEWS JR.**, member, Plaintiffs, v. ALL PERSONS REPRESENTING THEMSELVES AS ELECTION COMMITTEE MEMBERS OF THE FAMUNAA, DR. ALVIN BRYANT, FAMU NAA PRESIDENT and DEFENDANTS JOHN DOE and JANE DOE, Case No. 2010CA0037.

2. The incident leading to the potential detrimental harm did not arise until the late evening of Tuesday, January 5, 2009 after 8:00 p.m.

3. The Defendant's intend to take the detrimental action this coming Saturday, January 9, 2010 (2 days from today).

4. As pro bono counsel, I have prepared an emergency complaint and filed it after 4:00 p.m. the next day.

5. There is insufficient time to personally serve all named Defendants known and unknown to prevent the detrimental harm that will arise if the Defendant's actions are not enjoined.

6. The undersigned has contacted Process Service of America to formally serve the local attorney nominated as General Counsel on behalf of all Defendants that are elected and nominated officers of the FAMUNAA.

# EXHIBIT P

# V. BROWN & COMPANY, INC.
## 888 SEVENTH AVENUE, SUITE 500
## NEW YORK, NY 10019
## 212-847-2300 PHONE
## 212-847-2350 FAX

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Michael John | Rosaline Gordon |
| COMPANY: | DATE: 10/1/09 |
| FAX NUMBER: (305) 704-3873 | TOTAL NO. OF PAGES INCLUDING COVER: 2 (including Cover) |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Kieth Clinkscales KTC Ventures | YOUR REFERENCE NUMBER: |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

| Form **W-9**<br>(Rev. January 2003)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give form to the<br>requester. Do not<br>send to the IRS. |
|---|---|---|

**Name**
KTC Ventures, Inc.

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor  ☑ Corporation  ☐ Partnership  ☐ Other ▶ ............    ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)
888 Seventh Avenue, Suite 600

Requester's name and address (optional)

City, state, and ZIP code
New York, NY 10106

List account number(s) here (optional)

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note: If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: [ | | | – | | | – | | | | ]

or

Employer Identification number: 2 0 – 1 0 9 3 2 4 3

### Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here  Signature of U.S. person ▶ [signature]   Date ▶ 9/23/09

### Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

Note: If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.
2. The treaty article addressing the income.
3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.
4. The type and amount of income that qualifies for the exemption from tax.
5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X    Form **W-9** (Rev. 1-2003)