*McMahon*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

SYNTEGRAL CONSULTING
CORPORATION, d/b/a HIP HOP GRUBSPOT,
a Florida corporation and MIRIAM CHERY,

                    Plaintiffs,

       -against-

KEITH CLINKSCALES, LAMONTE JONES,
V. BROWN COMPANY, a New York
corporation d/b/a KTC VENTURES, INC.,
PEPSICO, INC., a North Carolina corporation,
and ESPN, INC., a Delaware corporation,

                    Defendants.

-------------------------------------------------------X

Civil Action No.
10-Civ-1847(CM)(HBP)

**STIPULATION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/10

     IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the

parties herein that, in order to give the undersigned parties additional time to continue ongoing,

good faith settlement discussions, the time for Defendant Keith Clinkscales to answer, move or

otherwise respond to Plaintiffs' Second Amended Complaint is hereby extended from July 1,

2010 to and including July 15, 2010.   *AND WILL NOT BE FURTHER*

     IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in   *EXTENDED*

counterparts transmitted electronically or by facsimile, and in such event each transmitted   *CM*

counterpart shall be deemed an original.

Dated: New York, New York
       June 24, 2010

BODDIE & ASSOCIATES PC

By: _____
    Corey B. Boddie, Esq.

40 Exchange Place, Suite 1800
New York, New York 10005
(212) 480-7652

*Attorneys for Plaintiffs*

FKKS: 401041.v4

FRANKFURT KURNIT KLEIN & SELZ P.C.

By: _____
    Edward H. Rosenthal, Esq.
    Lisa A. Herbert, Esq.

488 Madison Avenue
New York, New York 10022
(212) 980-0120

*Attorneys for Defendant Keith Clinkscales*

SO ORDERED:

_____
      U.S.D.J.

6-27-2010

10051.1000