AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SYNTEGRAL CONSULTING CORPORATION,
d/b/a HIP HOP GRUBSPOT, and
MIRIAM CHERY,

**APPEARANCE**

    Plaintiffs,

 -against-

Case Number: 10-Civ.-1847(CM)(HBP)

KEITH CLINKSCALES, LAMONTE JONES,
V. BROWN COMPANY d/b/a KTC
VENTURES, INC., PEPSICO, INC. and ESPN, INC.,

    Defendants.

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for

  Defendant Keith Clinkscales

I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 14, 2010 | *Amelia Lee* (signature) |
| Date | Signature |
| | Amelia K. Seewann |
| | Print Name / Bar Number |
| | 488 Madison Avenue, 9th Fl. |
| | Address |
| | New York / NY / 10022 |
| | City / State / Zip Code |
| | (212) 826-5574 / (212) 593-9175 |
| | Phone Number / Fax Number |