UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SYNTEGRAL CONSULTING CORPORATION,
d/b/a HIP HOP GRUBSPOT, a Florida corporation : Civil Action No.: 10-CIV-1847 (CM)
and MIRIAM CHERY,

                           Plaintiffs,    **RULE 7.1 STATEMENT**

        -against-

KEITH CLINKSCALES, LAMONTE JONES,
V. BROWN COMPANY, a New York
Corporation d/b/a KTC VENTURES, INC.,
PEPSICO, INC., a North Carolina corporation,
and ESPN, INC., a Delaware corporation,

                         Defendants.
-----------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant PepsiCo, Inc. (a private non-governmental party) certifies that it is a North Carolina corporation with its principal place of business located at 700 Anderson Hill Road, Purchase, New York 10577, and is a publicly traded corporation.

Dated: New York, New York
       July 15, 2010

                                             LUBOJA & THAU, LLP
                                             Jonathan C. Thau, Esq.  (JT 6014)
                                             Erika L. Altman  (EA 7803)
                                             10 East 40th Street, 30th Floor
                                             New York, NY  10016
                                             (212) 779-9800
                                             (212) 252-0457 (fax)
                                             jthau@lubojathau.com
                                             ealtman@lubojathau.com

                                             *Attorneys for PepsiCo, Inc. and*
                                             *LaMonte Jones*