UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SYNTEGRAL CONSULTING
CORPORATION, d/b/a HIP HOP GRUBSPOT,
a Florida corporation and MIRIAM CHERY,

                Plaintiffs,

     -against-

KEITH CLINKSCALES, LAMONTE JONES,
V. BROWN COMPANY, a New York
corporation d/b/a KTC VENTURES, INC.,
PEPSICO, INC., a North Carolina corporation,
and ESPN, INC., a Delaware corporation,

                Defendants.
------------------------------------------------------------X

Civil Action No.
10-Civ-1847(CM)(HBP)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Amelia K. Seewann, dated July 15, 2010, together with the exhibits annexed thereto, and Defendant Keith Clinkscales's Memorandum of Law in Support of Motion to Dismiss or, in the Alternative, for a More Definite Statement, dated July 15, 2010, the undersigned, on behalf of defendant Keith Clinkscales, will move this Court, at the United States District Courthouse, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined, for an order pursuant to Rule 12(b) of the Federal Rules of Civil Procedure ("FRCP"), dismissing the Second Amended Complaint filed by plaintiffs Syntegral Consulting Corporation d/b/a Hip Hop Grubspot and

Miriam Chery in its entirety, or, in the alternative, under FRCP 12(e) for a more definite statement and for such other relief as the Court deems proper.

Dated: New York, New York
      July 15, 2010

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____
    Edward H. Rosenthal
    Amelia K. Seewann

488 Madison Avenue
New York, New York 10022
Tel.: (212) 980-0120
Facsimile: (212) 593-9175
Email: erosenthal@fkks.com
        aseewann@fkks.com

*Attorneys for Defendant*
*Keith Clinkscales*

## CERTIFICATE OF SERVICE

I certify that, on July 15, 2010, I caused to be served a true and correct copy of the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: July 15, 2010

*/s/ Amelia E.*

Amelia K. Seewann
Frankfurt Kurnit Klein
   & Selz, P.C.
488 Madison Avenue
New York, New York 10022
Telephone: (212) 980-0120
Facsimile: (212) 593-9175
Email: aseewann@fkks.com